CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKe
SEP 2 2 2009
JOHN F. CORCORAN, CLERK
BY: /s/ H McOneeo
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| RICKY LEE HANKINS,<br>    Petitioner, | ) ) ) ) | Civil Action No. 7:09-cv-00390 |
| v. | ) ) | **ORDER** |
| LARRY B. PALMER, et al.,<br>    Respondents. | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that Hankins' letter, construed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 22nd day of September, 2009.

*/s/ Jackson L. Kiser*
Senior United States District Judge